UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 3 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| REICHLER, MILTON & MEDEL ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REPUBLIC OF LIBERIA, ) <br> ) <br> Defendant. ) | Civ. No. 03-1229 (RJL) |

## JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum Opinion and pursuant to Federal Rule of Civil Procedure 58, it is this 31st day of January, 2007, hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that judgment is entered against the Republic of Liberia, and in favor of Reichler, Milton & Medel, in the amount of $404,053.15, plus pre and post judgment interest at the rates established by statute until judgment is satisfied.

**SO ORDERED.**

_[signature]_
RICHARD J. LEON
United States District Judge